IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, *et al.* | ) |
| | ) No. 16-5168 |
| Plaintiffs-Appellees, | ) |
| | ) |
| v. | ) |
| | ) |
| SALLY JEWELL, *et al.*,[1] | ) |
| | ) |
| Defendants-Appellants. | ) |
| | ) |

**APPELLEES' CERTIFICATE AS TO PARTIES,
RULINGS, AND RELATED CASES**

Pursuant to this Court's Order, the Defendants-Appellants submit the following certificate of counsel, under Cir. R. 28(a)(1):

**A. Parties and *Amici***

The parties who appeared before the district court are:

1. Plaintiffs: Sierra Club, Ohio Valley Environmental Coalition, Friends of Blair Mountain, Inc., West Virginia Labor History Association, National Trust for Historic Preservation in the United States, and West Virginia Highlands Conservancy.

2. Defendants: Sally Jewell, Secretary, United States Department of the Interior (Secretary Jewell is substituted for former Secretary Salazar automatically pursuant to Fed. R. App. P. 43(c)(2));

---

[1] In her official capacity, Secretary of the Interior Sally Jewell is substituted as co-defendant in place of former Secretary Ken Salazar pursuant to Fed. R. Civ. P. 25(d)(1).

1

Department of the Interior; Jon Jarvis, Director, National Park Service; and Stephanie Toothman, Keeper of the National Register of Historic Places.

3. *Amici*: United Mine Workers of America and West Virginia Coal Association, Inc., appeared as *amici* before the district court.

**B. Rulings Under Review**

The rulings under review are the Order (Doc. 51) and Memorandum Opinion (Doc. 52) entered by the United States District Court for the District of Columbia (Hon. Reggie B. Walton) on April 11, 2016, in Case No. 1:10-cv-1513. The Memorandum Opinion is reported as *Sierra Club v. Salazar*, --- F. Supp. 3d ----, 2016 WL 1436645 (D.D.C. April 11, 2016).

**C. Related Cases**

This case was previously appealed to this Court. *Sierra Club v. Jewell*, 764 F.3d 1 (D.C. Cir. 2014), D.C. Circuit No. 12-5383.

Respectfully submitted,

_____/s/_____
/s/ Andrea C. Ferster (DC Bar # 384648)
Attorney at Law
2121 Ward Court, N.W. 5th Fl.
Washington, D.C.  20037
(202) 974-5142
(202) 223-9257 (Facsimile)
aferster@railstotrails.org

2

Counsel for Plaintiffs

Aaron Isherwood
Sierra Club Environmental Law Program
85 Second Street, 2d Floor
San Francisco, CA 94105
(415) 977-5680
(415) 977-5793 (fax)
aaron.isherwood@sierraclub.org

Counsel for Plaintiff Sierra Club

Elizabeth S. Merritt, Esquire
(DC Bar #337261)
    Deputy General Counsel
Paul W. Edmondson, Esquire
(DC Bar # 358440)
    Vice President & General Counsel
National Trust for Historic Preservation
The Watergate Office Building
2600 Virginia Avenue NW  Suite 1100
Washington, D.C. 20037
(202) 588-6035
(202) 588-6272 (fax)
emerritt@savingplaces.org

Counsel for Plaintiff National Trust for Historic Preservation

# CERTIFICATE OF SERVICE

　　The undersigned hereby certifies on this 13th day of July 2016, I caused a true and correct copy of the foregoing **APPELLEES' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES** to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel who have registered for receipt of documents filed in this manner.

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　Andrea C. Ferster